EXHIBIT 1

2024-5182, 2024-5183

# IN THE DISTRICT OF GARFIELD COUNTY
## STATE OF OKLAHOMA

## THE STATE OF OKLAHOMA,
Plaintiff,

Vs.                                                    Case No._____

Eva Owen
1309 Indian Dr
Enid, OK
06-**-1964/*****1269

Defendant,

## AFFIDAVIT

The undersigned upon oath deposes and states as follows: to-wit: that the affiant has been employed with the Enid Police Department in Enid, Oklahoma in Garfield County since January 12 2000. That the affiant is currently assigned to the Patrol Division and is assigned to investigate criminal violations of State and Municipal laws.

On 7-5-24 at approximately 1747 hrs, Officer Sommer and Your Affiant were sent to 1315 Indian Dr. City of Enid, County of Garfield, State of Oklahoma, in reference to a neighbor making threats over a barking dog. On our arrival I made contact with John Burch in the front yard. Mr. Burch told me that his family had let their dogs out into the back yard to use the bathroom. They began hearing an odd whistling sound coming from the back yard of 1309 Indian, City of Enid, County of Garfield, State of Oklahoma.

Mr. Burch said he went into the back yard and found his neighbor, later identified as William Owen, in the yard blowing a "rape" whistle continuously at the dogs. Mr. Burch asked Mr. Owen what he was doing and Mr. Owen approached the fence in what Mr. Burch described as an aggressive manner. Mr. Burch saw that Mr. Owen had a metal claw of some sort in his hand at this point. Mr. Burch told Mr. Owen to leave the dogs alone and Mr. Owen began trying to jump over the fence and told Mr. Burch that he was going to kill him in front of his family. Mr. Burch said that Mr. Owen is very odd and usually stays in a trailer at the rear of the residence in the driveway.

I went to the front door of the Owen residence, which was standing open behind a glass storm door, and knocked. I waited for an answer but got none. I then heard what sounded like a door closing from the rear of the driveway side of the house. Officer Sommer and I went to the driveway and saw the trailer that Mr. Burch had spoken of parked at the back end of the driveway.

We started to walk towards the trailer and I saw Mr. Owen walking from the trailer towards the back yard. I approached his location and asked him what was going on with the neighbor. I noticed that he had an orange "rape" whistle with him along with a moderately sized flashlight with a metal spike, designed to break car windows, that was attached to a long lanyard.

Mr. Owen told me that he had been trying to "train" the neighbors dogs with the whistle. I asked him about the claw he had and he told me that it was a meat claw like what would be used to make pulled pork or similar food. I asked about him talking with the neighbor and trying to jump over the fence. He said that he had stepped up on the lower rung of the fence while speaking to the neighbor but denied trying to jump over the fence. I then asked if he had told the neighbor that he was going to kill him. He denied saying that he would kill the neighbor.

He then began talking about the dogs again and asked me what I would do if the neighbor dogs were barking too much. I suggested that I might have a conversation with the neighbors about the issue. Mr. Owen then started to walk past me saying that he would go talk to the neighbors

2024-5182, 2024-5183

right then. I stayed put and told Mr. Owen that I wasn't sure that the neighbors would be interested in having a conversation with him after what they said he had done.

I told him that I would go ask them if they wanted to talk to him if he wanted me to but he didn't respond instead telling me that I was blocking his way and telling me to move. I asked him again if that's what he wanted me to do (speak to the neighbors about having a conversation with him) and suddenly he moved his feet into a fighting stance, "blading off" with me and grabbed the lanyard that the flashlight was attached to. I asked him what that was for and began swinging the flashlight around above his head and said "That's to smash your head...".

I told him that he was under arrest and reached for his left hand which was stretched out towards me. He told me no and started backing away from me. I pulled his arm down and tried to pull it around behind his back but he tried to pull it away from me. I then swung him to the ground and Officer Sommer and I pulled his hands behind him and placed him in hand cuffs.

A female, later identified as Eva Owen, Mr. Owen's wife, came down the drive way at us yelling. I stepped in between Officer Sommer and Ms. Owen to keep her from interfering with him. I began telling Ms. Owen to back up and directed her to the side porch of the residence so Officer Sommer could get Mr. Owen down the driveway so he could be placed in a car.

Ms. Owen was yelling that she had power of attorney over Mr. Owen, and that they were both disabled veterans. I explained that none of that was relevant to the issues at hand and told Ms. Owen, to the extent that she would let me, what had transpired.

Once it became clear that Ms. Owen was not going to listen to what I was trying to tell her, I tried to disengage and leave the property. Ms. Owen then walked out to the front yard and began yelling about various things. I told her multiple times that she needed to stop yelling or she could be arrested and tried to get her to go inside. She continued to yell and I looked at Mr. Burch, who was standing out in his front yard, and asked him if Ms. Owen's yelling was disturbing him. He nodded in the affirmative and I told Ms. Owen that she was under arrest.

She told me no and began backing away from me so I took her by the left arm and tried to pull it around behind her. She stiffened the arm and tried to pull it away from me trying to prevent me from putting it behind her back so she could be handcuffed. I then spun Ms. Owen to the ground and Officer Sommer and I put her on her stomach and pulled her hands behind her. I then placed her in handcuffs.

Based on this information, the undersigned prays that this Honorable Court issue a finding of fact that probable cause to believe that a crime has been committed and that the defendant above named committed that crime.

_____
Anthony S. Aebi #794

Subscribed and sworn before me this _____ day of _____, 20 24

_____
Notary Public

My Commission expires: _____

*(Notary seal: NICOLE BRADLEY, NOTARY, # 22006613, EXP. May, 11, 2026, PUBLIC, STATE OF OKLAHOMA)*

## FINDING OF PROBABLE CAUSE

The undersigned Judge of this Court, upon sworn testimony and/or affidavit, hereby determines there to be probable cause to detain the defendant.

Dated this _____ day of _____, 20 _____

_____
**JUDGE OF THE DISTRICT COURT**

2024-5182, 2024-5183

# Tommy Humphries, District Attorney
## District 4: Blaine, Canadian, Garfield, Grant and Kingfisher Counties

### Case Summary

### Defendant (s)

1. Eva Owen/ 1309 Indian Dr/ F/ W/ 06-17-1964/466851269

Crime: Disturbing the Peace, Resisting Arrest

Date: 7-5-24

Place: 1309 Indian Dr

### Evidence                    Held By: EPD

Police Reports, Video

### Witnesses

1. John Burch 1315 Indian Dr. 979-203-9049
2. Officer Shawn Aebi 301 W. Garriott 242-7000
3. Officer Barrett Sommer 301 W. Garriott 242-7000
4.
5.
6.
7.
8.

### Witness Testimony

Wit 1 Can testify to the defendants actions and being disturbed

Wit 2 and 3 can testify to the arrest, the defendants actions and their reports