EXHIBIT 2

**IN THE DISTRICT COURT OF THE FOURTH JUDICIAL DISTRICT OF THE STATE OF OKLAHOMA SITTING IN AND FOR GARFIELD COUNTY**

THE STATE OF OKLAHOMA,                  )
                                        )
    Plaintiff,                          )
                                        )
vs.                                     )      Case No. CM-2024-302
                                        )
EVA IRENE OWEN                          )      COUNT 1 & 2
                                        )
    Defendant(s).                       )

*106075 9552*

FILED
GARFIELD COUNTY, OKLA

FEB 0 3 2025

JANELLE M. SHARP
COURT CLERK
BY _____
DEPUTY COURT CLERK

## MOTION TO DISMISS

I, Tommy Humphries, the undersigned District Attorney of said County, in the name and by the authority of the State of Oklahoma, move the Court to dismiss the above entitled cause without prejudice for the following reason, to wit:

## Best Interest of Justice

WHEREFORE, Tommy Humphries, District Attorney, moves the court to dismiss the above entitled cause without prejudice.

TOMMY HUMPHRIES
DISTRICT ATTORNEY

**Christine Reid**
Assistant District Attorney

## ORDER

NOW, on this day of 15th January, 2025, this case comes on to be heard before me, the undersigned Judge in and for Garfield County, State of Oklahoma, and the Court being fully advised in the premises FINDS that said case should be dismissed without prejudice, and the same is HEREBY DISMISSED and the costs to the Defendant ordered waived and said Defendant is discharged and the bondsman is released from any liability herein.

**BLAKE A GIBSON**
Judge of the District Court